UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
RIELMER PINEDO-CORAL

                Plaintiff(s),

        -against-                                  20-CV-1692 (LAK)

RYDER TRUCK RENTAL, INC., et ano.,

                Defendant(s)
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The notice of removal fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

☑    The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp.v. PacifiCorp Capital, Inc.,* 87 F.3d 44 (2d Cir. 1996).

☐    The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

☐    The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.,* 494 U.S. 195 (1990).

☐    The citizenship of one or more limited liability companies. *See Handlesman v. Bedford Village Green Assocs. L.P.,* 213 F.3d 48, 52 (2d Cir. 2000).

☐    The nature and citizenship of one or more business entities.

☐    The timely removal of the action from state court.

        Absent the filing, on or before March 18, 2020, of an amended notice of removal adequately alleging the existence of subject matter jurisdiction, the action will be remanded.

        SO ORDERED.

Dated:    March 9, 2020

                                                    Lewis A. Kaplan
                                      United States District Judge