UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RIELMER PINEDO-CORAL,

                              Plaintiff,                      20-CV-01692 (LAK)(SN)

-against-                            **ORDER**

RYDER TRUCK RENTAL, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 20, 2020, the Honorable Lewis A. Kaplan referred this case to my docket for general pretrial supervision and all dispositive motions. Accordingly, the parties are directed to file a joint letter discussing the status of any remaining discovery and a proposal for a reasonable deadline for such discovery. In addition, the parties are directed to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three (3) mutually convenient times for which to schedule a settlement conference, if it would be productive at this time.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       November 23, 2020
                  New York, New York

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2020*