UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RIELMER PINEDO-CORAL,

                              **Plaintiff,**                          20-CV-01692 (LAK)(SN)

         -against-                                             **ORDER**

RYDER TRUCK RENTAL, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 23, 2020, the Court issued an Order directing the parties to file a joint letter discussing the status of any remaining discovery and a proposal for a reasonable deadline for such discovery. That Order inadvertently omitted a date by which such a letter should be filed. Accordingly, the parties are directed to file their joint letter no later than December 15, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 8, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2020