UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RIELMER PINEDO-CORAL,

                                **Plaintiff,**                20-CV-01692 (LAK) (SN)

      -against-                                                **ORDER**

RYDER TRUCK RENTAL, INC., et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On December 23, 2020, the parties appeared before the Court for an initial pretrial conference. The parties discussed possibly settling the case before completing discovery. Accordingly, a call is scheduled for January 25, 2021, at 2:00 p.m. to discuss the status of settlement. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. In addition, the following discovery deadlines are scheduled:

- Fact discovery shall close on April 30, 2021;
- Expert reports shall be served on April 30, 2021;
- Expert discovery shall close May 28, 2021.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:       December 23, 2020
                 New York, New York