```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**RIELMER PINEDO-CORAL,**

                            **Plaintiff,**                         **20-CV-01692 (LAK) (SN)**

                -against-                                   **ORDER**

**RYDER TRUCK RENTAL, INC., et al.,**

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On January 25, 2021, a status call was scheduled in this matter, at which the parties failed to appear. See ECF No. 20. On that same day, the parties filed a letter indicating that settlement had been reached, and that they would be filing a stipulation of dismissal. See ECF No. 21. Since then, 30 days have passed without further word or filings from the parties. Accordingly, the Court orders the parties to file their stipulation of dismissal no later than March 5, 2021. If the parties fail to comply with the Court's order, the case will proceed as anticipated in the civil case management plan, and a telephonic status conference will be held on March 8, 2021, at 2:00 p.m.

**SO ORDERED.**

                                                        _____
                                                         SARAH NETBURN
                                                        United States Magistrate Judge

DATED:       February 26, 2021
                 New York, New York