UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x

Rielmer Pinedo-Coral,

       Plaintiff,                          20-cv-1692 (LAK)(SN)

v.

Ryder Truck Rental, Inc., et al.,

       Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

The Court has been informed that the parties have reached a settlement in principle to resolve all claims at issue in this case.

Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, June 7, 2021, if the settlement is not executed by then.

SO ORDERED.

DATED: May 6, 2019

                                                          Lewis A. Kaplan
                                            United States District Judge